## LAW OFFICES OF FRANK N. PELUSO, P.C., ET AL. *v.* JERRY P. COTRONE

The defendant's petition for certification for appeal from the Appellate Court (AC 27729) is denied.

*Haldan E. Connor, Jr.,* in support of the petition.

Decided March 14, 2007

## STATE OF CONNECTICUT *v.* WILLIAM CONNELLY

The defendant's petition for certification for appeal from the Appellate Court (AC 27988) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal?"

The Supreme Court docket number is SC 17870.

*William Connelly,* pro se, in support of the petition.

Decided March 14, 2007